CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 OCT -4  PM 3: 44

DEPUTY CLERK _AC_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 2-10CV-237-J |
| V. | § | |
| | § | |
| RODGER D. HUGHES, | § | |
| EDITH M. HUGHES | § | |
| Respondents, | § | |

## CERTIFICATE OF INTERESTED PERSONS

I, D. Gordon Bryant, Jr., counsel for the United States of America, do hereby certify pursuant to Local Rules 3.2(e) and 7.4 of the Northern District of Texas that, other than the Department of the Treasury, Rodger D. Hughes and Edith M. Hughes, I am currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Respectfully submitted,

JAMES T. JACKS
United States Attorney

_____
D. GORDON BRYANT JR.
Assistant United States Attorney
Amarillo National's Plaza/Two
500 S. Taylor, Suite 300, LB 238
Amarillo, Texas 79101-2442
Tel.    806.324.2356
Fax    806.324.2399
Email: gordon.bryant@usdoj.gov
Texas State Bar No. 03274900