IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § Petitioner, § § V. § §   CIVIL ACTION NO. 2:10-CV-237-J § RODGER D. HUGHES, and § EDITH M. HUGHES § Respondents, § | |

## FIRST AMENDED ORDER TO SHOW CAUSE

Upon the Petition and the exhibits attached thereto of James T. Jacks, United States Attorney for the Northern District of Texas,

IT IS ORDERED that Rodger D. Hughes and Edith M. Hughes appear before the United States District Court for the Northern District of Texas in that branch thereof presided over by Judge Mary Lou Robinson in her courtroom in the U.S. Federal Building, 205 E. 5th Avenue, 2nd Floor Courtroom, Amarillo, Texas 79101 on **October 15**, **2010**, at **10:00 a.m.**, to show cause why Respondents should not comply with and obey the Internal Revenue summonses served upon Respondents on April 15, 2010, by Revenue Officer Lisa F. Chambers, by testifying and producing the records demanded by said summonses.

That a copy of this Order, together with the Petition and the exhibits attached thereto, be served upon Respondents. This Court specifically appoints Revenue Officer

**Order to Show Cause - Page 1**
d/civil/summons.enf/hughes/amendedOrder.wpd

Syth Howell, or any other proper officer of the Internal Revenue Service, and the United States Marshal for the Northern District of Texas, or any of his deputies, to make such service and make due return to this Court.

SIGNED this 13th day of October, 2010.

_____
MARY LOU ROBINSON
United States District Judge